# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00019-CV

**T.J.F., a minor, through next friend Terri Hilliard, and Terri Hilliard, Appellants**

**v.**

**Employees Retirement System of Texas and Texas Department of Criminal Justice, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-06-001017, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Hilliard appeals a final judgment that was signed on August 22, 2006. Notice of appeal was due 30 days from the date of the decree. *See* Tex. R. App. P. 26.1. Notice of appeal in this case was due by September 21, 2006, and not filed until January 15, 2009. Because the notice of appeal was not timely filed, this Court does not have jurisdiction over the appeal.

Hilliard asserts that she is not appealing from the final judgment signed on August 22, 2006, but from the trial court's December 15, 2008, denial of her motion to reinstate. The denial of a motion to reinstate is not an appealable order. *See Weik v. Second Baptist Church of Houston*, 988 S.W.2d 437, 438 (Tex. App.—Houston [1st Dist.] 1999, pet. denied).[1] Because the notice of appeal was not timely filed, this appeal is dismissed for want of jurisdiction.

---

[1] Hilliard's motion to reinstate, filed December 2, 2008, was not timely filed. *See* Tex. R. Civ. P. 165a (motion to reinstate must be filed within 30 days of dismissal or within time provided by Rule 306a); *see also* Tex. R. Civ. P. 306a (lack of notice of final judgment may extend deadline for filing motion to reinstate, but extension shall not exceed 90 days).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed for Want of Jurisdiction

Filed:  February 24, 2009

2